UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAIUS STERN,<br>　　　　Plaintiff,<br>　　v.<br>MAKING-WAVES ACADEMY, INC.,<br>　　　　Defendant. | Case No. 17-cv-03101-DMR<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. Nos. 3, 9 |

On May 30, 2017, Plaintiff Gaius Stern ("Plaintiff") filed suit in this Court. [Docket No. 1]. Pursuant to the Order Setting Initial Case Management Conference and ADR Deadlines, the parties' Joint Case Management Conference Statement was due on August 23, 2017. [Docket No. 3]. No Joint Case Management Conference Statement was filed. On August 28, 2017, the court issued a Clerk's Notice ordering the parties to file their Joint Case Management Conference Statement by 5 p.m. on August 28, 2017. [Docket No. 9]. No Joint Case Management Conference has been filed.

Accordingly, Plaintiff Gaius Stern is ordered to respond by **September 1, 2017**, and show cause why this matter should not be dismissed for failure to prosecute. **Failure to respond by September 1, 2017 may result in dismissal of this action.**

The August 30, 2017 Initial Case Management Conference is CONTINUED to November 1, 2017. The parties' Joint Case Management Statement is due on October 25, 2017.

**IT IS SO ORDERED.**

Dated: August 29, 2017



Donna M. Ryu
United States Magistrate Judge